UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

In re:

      **TERRORIST ATTACKS ON**
      **SEPTEMBER 11, 2001**

03-MDL-1570 (GBD)(SN)

----------------------------------------------------------------X

PETER ALTMAN, Individually;
JOSEPH APPIAH, Individually;
DANIEL BECK, Individually;
NICHOLAS BIANCOVISO, Individually;
DERRICK BISHOP, Individually;
MITCHELL BOMPEY, Individually;
ANTHONY BONANNO, Individually;
JOANN BORST, Individually;
THOMAS BRENT, Individually;
ALLEN BREWER, Individually;
WILLIAM BUSCEMI, Individually;
JOHN CABAN, Individually;
WILLIAM T. CAMPBELL, Individually;
JOHN CASEY, Individually;
MICHAEL CASTELLANO, Individually;
CHARLES CELLURA, Individually;
MICHAEL CERAR, Individually;
JOHN COSTA, Individually;
THOMAS COURTENAY, Individually;
JOSEPH DALY, Individually;
DAVID DEERING, Individually;
CHRISTOPHER DEFEO, Individually;
MICHAEL DEMARIA, Individually;
DAVID DIONISIO, Individually;
MICHAEL DOHN, Individually;
PATRICIA EATON, Individually;
ROSARIO EVOLA, Individually;
FREDERICK FAUSAK, Individually;
NOEL FIRTH, Individually;
JEFFREY P. FLYNN, Individually;
MICHAEL ALLAN FLYNN, Individually;
JOHN FORRISTALL, Individually;
RICKY FRASSETTI, Individually;
PAUL GABRIELLINI, Individually;
ROBERT GALVIN, Individually;
LAWSON GREENE, Individually;
DIANE GROGAN, Individually;

18-cv-11479

**SAUDI ARABIA SHORT FORM**
**COMPLAINT AND DEMAND**
**FOR TRIAL BY JURY**

MITSY HARMON, Individually;
BERNARD HEATHWOOD, Individually;
MANUEL HERNANDEZ, Individually;
DENNIS HIGGINS, Individually;
SUSAN HOCHBERG, Individually;
DELORIS HODGES, Individually;
TERRI HONEYCUTT COLASUNNO, Individually;
THOMAS KEERY JR., Individually;
EDWARD KINSMAN, Individually;
MICHAEL J. KONCZ, Individually;
RAYMOND LACHAPELLE, Individually;
JOSEPH LATTUGA, Individually;
MANUELA LIEBER, Individually;
CHARLES LOBIANCO, Individually;
LESLIE LOWENBRAUN-WEITZMAN, Individually;
MICHAEL MAHER, Individually;
GENE MANCINELLI, Individually;
JACK MARKOWICZ, Individually;
THOMAS A MARLOW, Individually;
CLIFFORD MARNICK JR., Individually;
LAURIE MARSHALL, Individually;
JOHN MCGRADE, Individually;
RONALD MITCHELL, Individually;
SALVATORE MOGAVERO, Individually;
MICHAEL MUGAN, Individually;
STEPHEN NEARY, Individually;
JOHN O'MEARA, Individually;
YVETTE ORLANDO, Individually;
KEVIN O'SULLIVAN, Individually;
RICHARD PARROTTA, Individually;
MARK PEDIN, Individually;
MICHAEL PEREZ, Individually;
PAUL PIROZZI, Individually;
MARY ANN POLAK, Individually;
ROBERT POW, Individually;
GERALD RAFFA, Individually;
MICHAEL RESNICK, Individually;
MICHAEL RILEY, Individually;
ELLIOT RIVERA, Individually;
PATRIZIO RIZZI, Individually;
STEPHEN ROOKE, Individually;
SUZANNE RYAN, Individually;
JOHN SANSEVERA, Individually;
BOBBY SANTIAGO, Individually;
WILLIAM SEITER, Individually;
CHARLES SHANLEY, Individually;
MATTHEW SHINN, Individually;

WILLIAM SIEGEL, Individually;
TROY SILVERBERG, Individually;
MICHAEL SIMEONE, Individually;
JAMES SMITH, Individually;
JOHN SOLLAZZO, Individually;
RALPH STAIANO, Individually;
PAUL STRAUCH, Individually;
PETER L. TAYLOR, Individually;
GILBERT THOMAS, Individually;
VINCENZO TRABOLSE, Individually;
DANTE VALENTINI, Individually;
THOMAS VENDITTO, Individually;
STANLEY WAGNER, Individually;
MARK WARREN, Individually;
JOSEPH WEDGE, Individually;
JOSEPH WILLS, Individually;

**Plaintiff(s),**
-against-

**KINGDOM OF SAUDI ARABIA,**

**Defendant,**
-------------------------------------------------------------------X

Plaintiffs named herein by and through the undersigned counsel file this Short Form Complaint against Defendant, the Kingdom of Saudi Arabia, arising out of the September 11, 2001 terrorist attacks ("September 11, 2001 Terrorist Attacks"), as permitted and approved by the Court's Order of July 10, 2018, ECF No. 4045. Each Plaintiff incorporates by reference the specific allegations, as indicated below, of (a) the Consolidated Amended Complaint as to the Kingdom of Saudi Arabia, ECF No. 3463, or (b) the Complaint Against the Kingdom of Saudi Arabia, Ashton v. Kingdom of Saudi Arabia, No. 17-CV-2003 (GBD)(SN) (S.D.N.Y. Mar. 30, 2017), ECF No. 1.

Upon filing this Saudi Arabia Short Form Complaint, each Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

**VENUE**

1. Venue in this district is proper pursuant to 28 U.S.C. §§ 1391(b)(2) and 1391(f)(1), as a substantial part of the events giving rise to the claims asserted herein occurred in this district. Venue is also proper in this district pursuant to 18 U.S.C. § 2334(a).

**JURISDICTION**

2. Jurisdiction is premised on the grounds set forth in the complaints specified below, and further, jurisdiction of this Saudi Arabia Short Form Complaint is premised upon and applicable to all defendants in this action:

- ☑ 28 U.S.C. § 1605(a)(5) (non-commercial tort exception)
- ☑ 28 U.S.C. § 1605B (Justice Against Sponsors of Terrorism Act)
- ☑ 28 U.S.C. § 1330 (actions against foreign states)
- ☐ Other (set forth below the basis of any additional ground for jurisdiction and plead such in sufficient detail as per the FRCP):

**CAUSES OF ACTION**

3. Each Plaintiff hereby adopts and incorporates herein by reference the following factual allegations, jurisdictional allegations, and jury trial demand in the following complaint [**check only one complaint**] and the following causes of action set forth in that complaint:

- ☐ **Consolidated Amended Complaint as to the Kingdom of Saudi Arabia, ECF No. 3463 (check all causes of action that apply)**
    - ☐ COUNT I – Aiding and Abetting and Conspiring with Al Qaeda to Commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(d) (JASTA).
    - ☐ COUNT II – Aiding and Abetting and Conspiring with Al Qaeda to Commit the September 11th Attacks upon the United States in

    violation of 18 U.S.C. § 2333(a).

- ☐ COUNT III – Committing Acts of International Terrorism in violation of 18 U.S.C. § 2333.
- ☐ COUNT IV – Wrongful Death.
- ☐ COUNT VI – Alien Tort Claims Act.
- ☐ COUNT VII – Assault and Battery.
- ☐ COUNT VIII – Conspiracy.
- ☐ COUNT IX – Aiding and Abetting.
- ☐ COUNT X – Intentional Infliction of Emotional Distress.
- ☐ COUNT XII – Liability Pursuant to Restatement (Second) of Torts § 317 and Restatement (Third) of Agency § 7.05: Supervising Employees and Agents.
- ☐ COUNT XIII – Liability Pursuant to Restatement (Second) of Torts § 317 and Restatement (Third) of Agency § 7.05: Hiring, Selecting, and Retaining Employees and Agents.
- ☐ COUNT XIV – 18 U.S.C. § 1962(a)–(d) – CIVIL RICO.
- ☐ COUNT XV – Trespass.
- ☐ COUNT XVI – Violations of International Law.

☑ **Complaint Against the Kingdom of Saudi Arabia, <u>Ashton v. Kingdom of Saudi Arabia</u>, No. 17-CV-2003 (GBD)(SN) (S.D.N.Y. Mar. 30, 2017), ECF No. 1 (check all causes of action that apply)**

- ☑ First Cause of Action to Recover Wrongful Death Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)
- ☑ First Cause of Action to Recover Personal Injury Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)
- ☑ Second Cause of Action for Wrongful Death Damages Pursuant to State Tort Law
- ☑ Second Cause of Action for Personal Injury Damages Pursuant to

    State Tort Law

- ☑ Third Cause of Action for Wrongful Death Damages Pursuant to the Alien Tort Claims Act

- ☑ Third Cause of Action for Personal Injury Damages Pursuant to the Alien Tort Claims Act

☐ Each Plaintiff asserts the following additional theories and/or Causes of Action against the Kingdom of Saudi Arabia:

_____

_____

_____

## IDENTIFICATION OF PLAINTIFFS

4. The following allegations and information are alleged on behalf of each individual who is bringing this claim, as indicated on Appendix 1 to this Saudi Arabia Short Form Complaint, herein referred to as "Plaintiffs."

  a. The citizenship/nationality of each Plaintiff is indicated at Appendix 1 to this Saudi Arabia Short Form Complaint.

  b. Plaintiff is entitled to recover damages on the causes of action set forth in this Saudi Arabia Short Form Complaint.

  c. As indicated at Appendix 1, Plaintiff (i) is the estate representative of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; (ii) is the surviving immediate family member of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; and/or (iii) suffered physical injuries as a result of the September 11, 2001 Terrorist Attacks.

  d. For those plaintiffs with personal injury claims, as indicated in Appendix 1, on or after September 11, 2001, said Plaintiff was present at the Pentagon and/or

  the World Trade Center site and/or its surroundings and/or lower Manhattan and/or at an area wherein he/she was exposed to toxins as a result of the terrorist attacks and was exposed to toxins from the attacks, and/or was otherwise injured, and/or as otherwise alleged, as stated specifically in Appendix 1.

  e. For those plaintiffs with personal injury and/or wrongful death claims, as indicated in Appendix 1, as a direct, proximate and foreseeable result of

       Defendant's actions or inactions, Plaintiff or his or her decedent suffered bodily injury and/or death, and consequently economic and other losses, including but not limited to pain and suffering, emotional distress, psychological injuries, and loss of enjoyment of life, and/or as described in the Saudi Arabia Short Form Complaint, and/or as otherwise may be specified in subsequent discovery proceedings, and/or as otherwise alleged in Appendix 1.

    f.    The name, relationship to the injured and/or deceased September 11 victim, residency, citizenship/nationality, and the general nature of the claim for each plaintiff asserting wrongful death and/or solatium claims is listed on the attached Appendix 1, and is incorporated herein as allegations, with all allegations of the related complaints, as specified above, deemed alleged as to each Plaintiff.

## IDENTIFICATION OF THE DEFENDANT

5.     The only Defendant named in this Saudi Arabia Short Form Complaint is the Kingdom of Saudi Arabia.

## NO WAIVER OF OTHER CLAIMS

6.     By filing this Saudi Arabia Short Form Complaint, Plaintiff(s) is/are not waiving any right to file suit against any other potential defendants or parties.

7.     By filing this Saudi Arabia Short Form Complaint, Plaintiff(s) are not opting out of any class that the Court may certify in the future.

## JURY DEMAND

8.     Each Plaintiff hereby demands a trial by jury as to the claims in this action.

WHEREFORE, Plaintiffs pray for relief and judgment against Defendant as set forth in this Saudi Arabia Short Form Complaint as appropriate.

Dated: 12/07/2018

                                Respectfully submitted,

KREINDLER & KREINDLER LLP

BY:   /s/ James P. Kreindler
James P. Kreindler, Esq.

BY:   /s/ Justin T. Green
Justin T. Green, Esq.

BY:   /s/ Steven R. Pounian
Steven R. Pounian, Esq.

BY:   /s/ David C. Cook
David C. Cook, Esq.

BY:   /s/ Megan W. Benett
Megan W. Benett, Esq.

BY:   /s/ Daniel O. Rose
Daniel O. Rose, Esq.

BY:   /s/ Andrew J. Maloney
Andrew J. Maloney III, Esq.
750 Third Avenue, 32nd Floor
New York, New York 10017
Tel: (212) 687-8181
COUNSEL FOR PLAINTIFFS